■ In the Matter of DONALD STORMS, Also Known as CLIVE JAMES, Petitioner, v SUPREME COURT OF STATE OF NEW YORK et al., Respondents. — Application for a writ of mandamus unanimously denied, and cross motion to dismiss the petition granted and the petition dismissed, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Sandler, Sullivan, Ross and Milonas, JJ.